STATE OF NEW JERSEY v. JOHN KEATON.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFTON E. MOORE.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BEN GIUNTA.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CECILIO GARCIA.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLEY F. MILEY.

January 28, 1987.

Petition for certification denied.